**In re Maureen A. HOWARD.**

**No. 2014–1137.**

United States Court of Appeals, Federal Circuit.

Nov. 13, 2014.

Robert R. Axenfeld, O'Kelly Ernst & Bielli, LLC, of Wilmington, DE, argued for appellant.

Frances M. Lynch, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, and Michael S.

Forman, Associate Solicitor. Of counsel was Jeremiah Helm, Associate Solicitor.

TARANTO, BRYSON, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**